Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust
L&A Case No. 17.68170.5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| In re: | Bankruptcy No. 18-29329 JTM |
|---|---|
| Jason Holt, | (a Chapter 13 case) |
| Debtor. | Filed Electronically |

OBJECTION TO CONFIRMATION

U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("Creditor"), a secured creditor of the above-referenced debtor, objects to confirmation of the Chapter 13 Plan (the "Plan") because the Plan incorrectly states the amount of Creditor's arrearage claim of $63,674.30 and because the Plan is not feasible.

The Plan as proposed would distribute the payment of $310.00 per month as follows: $21.70 to the Chapter 13 Trustee, and $288.30 per month for 10 months to pay the remaining attorney fees of $2,860.00. Creditor does not believe that this Plan, taking 10 months to pay the remaining attorney fees, and another 221 months to cure the arrears, for a total of 231 months, complies with 11 U.S.C. § 1322(b)(5).

DATED: February 28, 2019.

                      LUNDBERG & ASSOCIATES, PC

                      By: /s/Mark S. Middlemas
                      Mark S. Middlemas
                      Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on February 28, 2019 I electronically filed the foregoing Objection, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

        Theron D. Morrison
        topofutahlaw@gmail.com
        ECF
            Attorney for Debtors

        Lon Jenkins
        ecfmail@ch13ut.org
        ECF
            Chapter 13 Trustee

                      /s/Mark S. Middlemas
                      Mark S. Middlemas

## CERTIFICATE OF SERVICE – MAIL, OTHER

I certify that, on February 28, 2019 I caused to be served a true and correct copy of the forgoing Objection, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid addressed to:

>Jason Holt
>15001 Eagle Crest Drive
>Draper, UT 84020
>>Debtor

>/s/Mark S. Middlemas
>Mark S. Middlemas