Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
Brian J. Porter, Bar Number 14291
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Bank of America, N.A.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
Email: brian@hwmlawfirm.com
File No:  49952

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>JASON HOLT<br><br>Debtor. | Bankruptcy Case No. 18-29329 JTM<br>Chapter 13<br><br>**OBJECTION TO PLAN AND MAILING CERTIFICATE** |

Bank of America, N.A., (referred to herein as "Secured Creditor") holds a valid Note and lien against Debtor's residence and objects to the Chapter 13 Plan of Debtor as follows:

1. The plan does not provide for Secured Creditor's pre-petition arrearage amount of $242,196.59.

2. The plan is not feasible. The debtor's plan will pay approximately $18,600.00, excluding Chapter 13 Trustee commissions and attorney fees and costs, and will fail to pay all of Secured Creditor's arrearages.

3. The plan should treat Secured Creditor in paragraph 3.1, stating arrearages will be paid in the amount of $242,196.59 and post-petition payments will be paid pursuant to the terms of the Note and Trust Deed, or state that the property is to be surrendered in paragraph 3.5

4.  The plan should provide for the full amount of Secured Creditor's trust deed lien and other loan terms remain in effect and are not modified except as expressly provided in the plan.

DATED this 1st day of March, 2019.

       /s/ Brian J. Porter
Brian J. Porter
Attorney for Bank of America, N.A.

## MAILING CERTIFICATE

The undersigned hereby certifies that true and correct copies of the foregoing Objection to Plan and Mailing Certificate were mailed by first class mail, postage prepaid, this 1st day of March, 2019, to each of the following:

Jason Holt
15001 Eagle Crest Drive
Draper, UT 84020
Debtor

United States Trustee
Via ECF

Theron D. Morrison
Via ECF
Debtor's Attorney

Lon Jenkins
Via ECF
Chapter 13 Trustee

       /s/ Brian J. Porter